



1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

June 6, 2025

Hon. Judge Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **AUSTIN v. NOODLE INVESTORS, INC., et al.**
      **DOCKET NO. 1:25-cv-1359**

Dear Judge Failla:

The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for June 13, 2025 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

To date, the defendant has not appeared on the docket or through counsel. However, on June 5th, I was able to reach an employee of Noodle Investors, Inc. but was unable to speak with an owner or manager. I informed the employee of the pending action and the upcoming conference. Following the call, I sent an email to Shabushabumayumon@gmail.com, an address provided by the employee, memorializing the conversation.

In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to do so, Plaintiff intends to move for default judgment.

A copy of this letter has been sent to the email address provided. Thank you for your time and attention to this matter.

Respectfully,
/s/ Gabriel A. Levy

Application GRANTED.  The initial pretrial conference previously scheduled for June 13, 2025, is hereby ADJOURNED to **July 11, 2025,** at **2:00 p.m.**, to facilitate Defendant's appearance in this action.  The Clerk of Court is directed to terminate the pending motion at docket entry 8.

Dated:    June 6, 2025          SO ORDERED.
          New York, New York

                                *[signature: Katherine Polk Failla]*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE