



July 3, 2025

Hon. Judge Katherine Polk Failla
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:    **AUSTIN v. NOODLE INVESTORS, INC., et al.
DOCKET NO. 1:25-cv-1359**

Dear Judge Failla:

    The undersigned represents Patrick Austin, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for July 11, 2025 (Doc. 9). This request is made jointly by the parties.

    Although Noodle Investor Inc. has not yet appeared on the docket, they are represented by Marc Garbar, Esq., who informed my office of his representation earlier today. Mr. Garbar is currently traveling internationally and will not return until July 14th. The adjournment is also requested to give the parties time to meet and confer before the conference and to prepare the required submissions.

    Accordingly, the undersigned respectfully requests a 30-day adjournment of the initial conference. Thank you for your attention to this matter.

    Respectfully,
    /s/ Gabriel A. Levy

Application GRANTED. The initial pretrial conference previously scheduled for July 11, 2025, is hereby ADJOURNED to **August 15, 2025, at 11:00 a.m.** The parties are advised that no further adjournment requests will be granted absent compelling circumstances. The Court also advises Mr. Garbar to file a notice of appearance on the docket as soon as possible.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    July 7, 2025           SO ORDERED.
          New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE