

October 21, 2025

Hon. Katherine Polk Failla
United Stated District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



RE: **AUSTIN v. NOODLE INVESTORS, INC., et al.
DOCKET NO. 1:25-cv-1359**

Dear Judge Failla:

  The undersigned represents Patrick Austin, the Plaintiff in the above-referenced matter. I am writing to request that the deadline to restore this matter be extended for 30 days to November 20, 2025. This is Plaintiff's first request for an extension.

  To date, despite ongoing efforts, the settlement has not yet been finalized or executed. Accordingly, Plaintiff respectfully requests the Court to extend the time to reopen the matter by thirty (30) days in order to allow the parties additional time to finalize the settlement or for Plaintiff to file a motion to reopen the action.

  I thank the Court for its time and consideration on this matter.

                Respectfully,

                Gabriel A. Levy

Application GRANTED *nunc pro tunc*. The deadline to file a stipulation of settlement and dismissal for the Court to So Order, or for Plaintiff to apply to re-open the action, is hereby ADJOURNED to on or before **November 20, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:    October 22, 2025           SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE