

November 20, 2025

Hon. Katherine Polk Failla
United Stated District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



RE: **AUSTIN v. NOODLE INVESTORS, INC., et al.
DOCKET NO. 1:25-cv-1359**

Dear Judge Failla:

    The undersigned represents Patrick Austin, the Plaintiff in the above-referenced matter. I am writing to request that the deadline to restore this matter be extended for 30 days to December 19, 2025. This is Plaintiff's second request for an extension.

    The parties have finalized the settlement terms, and the written agreement is now in circulation for signature. Execution has not yet been completed, but we expect it to be finalized in the coming days.

    In light of the settlement not yet being consummated, Plaintiff respectfully requests an additional 30-day extension of the deadline to restore the action. This additional time will allow the parties to complete execution of the agreement or, if necessary, allow Plaintiff to move to reopen the matter should settlement fail to finalize.

    I thank the Court for its time and consideration on this matter.

Respectfully,

Gabriel A. Levy

Application GRANTED *nunc pro tunc*. The deadline to file a stipulation of settlement and dismissal for the Court to So Order, or for Plaintiff to apply to re-open the action, is hereby ADJOURNED to on or before **December 19, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:     November 21, 2025          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE